NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KIMBERLY-CLARK WORLDWIDE, INC. and KIMBERLY-CLARK GLOBAL SALES, LLC,**
*Plaintiffs-Appellees,*

v.

**FIRST QUALITY BABY PRODUCTS, LLC and FIRST QUALITY RETAIL SERVICES, LLC,**
*Defendants-Appellants.*

---

2010-1382

---

Appeal from the United States District Court for the Eastern District of Wisconsin in case no. 09-CV-0916, Judge William C. Griesbach.

---

## ON MOTION

---

## ORDER

First Quality Baby Products, LLC et al. submit a motion for a stay, pending appeal, of the preliminary injunction issued by the United States District Court for the Eastern District of Wisconsin.

Upon consideration thereof,

IT IS ORDERED THAT:

Kimberly-Clark Worldwide, Inc. et al. are directed to respond no later than noon on June 14, 2010.

FOR THE COURT

**JUN 0 8 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Marc S. Cooperman, Esq.
Kenneth P. George, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 0 8 2010**

**JAN HORBALY**
**CLERK**